Joe J. Blalock, Doing Business Under the Firm Name of Blalock Brothers, *Appellant*, v. Jessee McDuffy, J. H. Spencer, and W .R. Pedrick, Copartners Doing Business as Spencer-Pedrick Motor Company, *Appellees*.

Decision Filed January 23, 1923.

Petition for Rehearing Denied June 12, 1923.

An Appeal from the Circuit Court for Marion County; W. S. Bullock, Judge.

*W. E. Smith*, for Appellant;

*H. M. Hampton*, for Appellees.

Per Curiam.—This cause having been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

Taylor, C. J., and Whitfield, Ellis, Browne and West, J. J., concur.